*E-Filed 10/23/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINCY DEAN NORTON, SR., | No. C 13-4676 RS (PR) |
|     Petitioner, | **ORDER OF DISMISSAL** |
|    v. | |
| JOHN DOE, | |
|     Respondent. | |

This action was opened in error, and is hereby DISMISSED without prejudice. No filing fee is due. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: October 23, 2013

                                RICHARD SEEBORG
                                United States District Judge

United States District Court
For the Northern District of California