*E-Filed 10/23/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

QUINCY DEAN NORTON, SR.,                          No. C 13-4676 RS (PR)

        Petitioner,                          **ORDER OF DISMISSAL**

    v.

JOHN DOE,

        Respondent.

_____/

    This action was opened in error, and is hereby DISMISSED without prejudice.  No filing fee is due.  The Clerk shall enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED**.

DATED:  October 23, 2013

                    RICHARD SEEBORG
                    United States District Judge